UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR,<br><br>          Plaintiff,<br><br>     vs.<br><br>M. ALCALA, et al.,<br><br>          Defendants. | 1:14-cv-01823-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br>(Doc. 12.)<br><br>THIRTY-DAY DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

      Claude Carr ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on November 20, 2014.  (Doc. 1.)

      On December 12, 2014, Plaintiff filed motion to amend the Complaint.  (Doc. 12.) Plaintiff's motion to amend is moot because Plaintiff already has leave to amend the Complaint under Rule 15(a).  The court's order of December 8, 2014 informed Plaintiff of this fact, sent Plaintiff a civil complaint form, and established a thirty-day deadline for Plaintiff to file a First Amended Complaint. (Doc. 8.)  Plaintiff has not filed an amended complaint.

      In light of the fact that the thirty-day deadline is due to expire soon, Plaintiff shall be granted additional time to file the First Amended Complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint, filed on December 12, 2014, is DENIED as moot;
2. Plaintiff is GRANTED thirty days from the date of service of this order in which to file a First Amended Complaint, pursuant to the court's order of December 8, 2014.

IT IS SO ORDERED.

Dated:  **December 17, 2014**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE